**STATE of Missouri, Respondent,**

v.

**Joseph G. OWENS, Jr., Appellant.**

**No. WD 44663.**

Missouri Court of Appeals,
Western District.

March 3, 1992.

Joseph G. Owens, Jr., pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

## ORDER

PER CURIAM:

Appeal from denial of request for bond-time credit.

Judgment affirmed. Rule 30.25(b).